UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

SHASTA WINN,
pro se Plaintiff,

vs.

THE HIGHER EDUCATION COORDINATING COMMISSION (HECC), RAMONA RODAMAKER, VERONICA DUJON, SEAN BRADY, THE OREGON HEALTH AUTHORITY (OHA), TINA KOTEK, SAM CHAPMAN, TOM ECKERT, AND AFFILIATED PARTIES,
Defendants

Case No # 6:24-cv-00004-MC

Motion to Compel Response

The Plaintiff, Shasta Winn, respectfully submits this motion to compel the court to provide written guidance regarding the issues presented in the Motion for Reconsideration denied March 12, 2024.

A response from the judge is crucial for the Plaintiff to understand the scope of the remand order issued by this Honorable Court. It is imperative to clarify whether the remand pertains solely to the issues of the claim initially submitted to the lower court. If that is the case, then it would be permissible for the Plaintiff to initiate a new complaint in this court to address claims not subject to the remand. Without a clear understanding of this, the Plaintiff risks expending substantial resources on filing a new complaint, only to face an immediate denial.

Additionally, in the event that the Plaintiff is permitted to submit a new complaint, it is imperative to clarify the characterization of Myco-Method. Despite being referred to as a business entity in the denial order, Myco-Method is, in fact, only a curriculum. It is intellectual property with no corporate interests or revenue. As the sole independent individual behind the Myco-Method curriculum, the Plaintiff needs clarity on whether self-representation is possible in future proceedings.

The judge's guidance on these matters is indispensable for the Plaintiff to proceed confidently and to effectively navigate this case.

Therefore, the Plaintiff respectfully requests that this Honorable Court provide clear and comprehensive guidance on the scope of the remand order, and the characterization of Myco-Method, to enable the Plaintiff to proceed with the necessary clarity and certainty.

CERTIFICATE OF SERVICE

I certify that on March 14, 2024, I emailed a true copy of this Motion to the following parties at the addresses set forth below.

Tracy White
Department of Justice
Tracy.I.White@doj.state.or.us

Sam Chapman
Healing Advocacy Fund
sam@healingadvocacyfund.org

Tom Eckert
InnerTrek
tomeckert1@gmail.com

Date:    March 15, 2024

*[signature]*

Shasta Winn